JS-6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED
OCT 28 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTHONY WILLIAM FESGEN, ) | Case No. EDCV 11-0838-PA (MLG) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| JAMES A. YATES, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: October 27, 2011

Percy Anderson
United States District Judge